1    DAVID F. MCDOWELL (CA SBN 125806)
     DMcDowell@mofo.com
2    MORRISON & FOERSTER LLP
     707 Wilshire Boulevard
3    Los Angeles, California  90017-3543
     Telephone:  213.892.5200
4    Facsimile:   213.892.5454

5    CLAUDIA MARIA VETESI (BAR NO. 233485)
     CVetesi@mofo.com
6    R. BENJAMIN NELSON  (BAR NO. 300274)
     RBNelson@mofo.com
7    MORRISON & FOERSTER LLP
     425 Market Street
8    San Francisco, CA  94105-2482
     Telephone:  415.268.7000
9    Facsimile:   415.268.7522

10   BRIAN L. HAZEN (BAR NO. 309212)
     BHazen@mofo.com
11   MORRISON & FOERSTER LLP
     12531 High Bluff Drive
12   San Diego, California  92130-2040
     Telephone:  858.720.5100
13   Facsimile:   858.720.5125

14   Attorneys for Defendant
     GENERAL MILLS, INC.

15

16

             **UNITED STATES DISTRICT COURT**

17

            **SOUTHERN DISTRICT OF CALIFORNIA**

18

19

| | |
|---|---|
| CHARLENE M. JACKSON, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>GENERAL MILLS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 3:18-cv-2634-LAB-BGS<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FAC PURSUANT TO FED. R. CIV. P. 12(B)(1), 12(B)(6), AND 9(B) AND MOTION TO STRIKE CLASS ALLEGATONS PURSUANT TO FED. R. CIV. P. 12(F)**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Date:       February 11, 2019<br>Time:      11:15 a.m.<br>Location:   Courtroom 14A<br><br>Judge:     Hon. Larry Alan Burns |

20

21

22

23

24

25

26

27

28

sf-3974115

**NOTICE OF MOTION**

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on Monday, February 11, 2019, at 11:15 a.m., or as soon thereafter as the matter may be heard before the Honorable Larry Alan Burns, in Courtroom 14A of the James M. Carter and Judith N. Keep United States Courthouse, located at 333 West Broadway, San Diego, California 92101, Defendant General Mills, Inc. will, and hereby does, move this Court to dismiss Plaintiff Charlene M. Jackson's  First Amended Class Action Complaint for Violations of California's Consumer Legal Remedies Act, Civil Code section 1750 *et seq.*, California's Unfair Competition Law, Business and Professions Code section 17200 *et seq.*, and California's False Advertising Law, Business and Professions Code section 17500 *et seq.*, pursuant to (i) Fed. R. Civ. P. 12(b)(1) for lack of standing; (ii) Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted; and (iii) Fed. R. Civ. P. 9(b) for failure to plead fraud with particularity, and to strike the class allegations pursuant to Fed. R. Civ. P. 12(f). Specifically, General Mills, Inc. moves to strike the following averments in the First Amended Complaint:

1.      Paragraph 33 in its entirety.

2.      The reference to "a nationwide class" class in paragraph 32.

This Motion is made on the grounds set forth in the accompanying Memorandum of Points and Authorities and is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the concurrently filed Request for Judicial Notice and exhibits attached thereto, the Declaration of Claudia Maria Vetesi in support thereof, the pleadings, records, and papers on file in this action, and such other written and oral argument as may be presented to the Court.

GENERAL MILLS, INC.'S MTD AND MTS
Case No. 3:18-cv-2634-LAB-BGS

sf-3974115

1

Dated:  December 26, 2018            MORRISON & FOERSTER LLP

2

3                                                    By:   /s/ David F. McDowell

                                                          DAVID F. MCDOWELL
4                                                          DMcDowell@mofo.com

5                                                          Attorneys for Defendant
                                                          GENERAL MILLS, INC.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GENERAL MILLS, INC.'S MTD AND MTS
                                                          Case No. 3:18-cv-2634-LAB-BGS

sf-3974115