

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charlene M. Jackson, Individually and on behalf of all others similarly situated | **Civil Action No.**   18cv2634-LAB-BGS |
| **Plaintiff,** | |
| **V.** | |
| General Mills, Inc., a Delaware Corporation; Does 1 through 10, Inclusive | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This action is dismissed.

**Date:**        8/31/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  J. Taylor

J. Taylor, Deputy